UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEPHEN SACCOCCIA,
    Petitioner,

v.                                                    C.R. No. 91-115 S

UNITED STATES OF AMERICA,
    Respondent.

## ORDER

The Report and Recommendations of United States Magistrate Judge Lincoln D. Almond filed on January 5, 2011 (document #446) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). Petitioner's objection to the Magistrate Judge's Report and Recommendation (document #447) is rejected and Petitioner's Motion for Leave to Appeal In Forma Pauperis (document #442) is hereby DENIED.

ENTER:

_____
William E. Smith
United States District Judge

Date: 2/1/11